Case 1:97-cv-04374-WMN    Document 36    Filed 10/25/1999    Page 1 of 2
FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 25 1999

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALVIN SHERMAN, <u>et al.</u>,        :
                                      :
v.                                    :   Civil Action No. WMN-97-4374
                                      :
MAYOR AND CITY COUNCIL OF             :
BALTIMORE, <u>et al.</u>              :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 25th day of October, 1999, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendants' Motion for Reconsideration (Paper No. 32) of the Court's previous order excluding the Defendants' expert's testimony is hereby GRANTED;

2. That Defendants have up to 14 days from the date of this Order to submit complete Rule 26(a)(2) disclosures and responses to Plaintiffs' interrogatories relating to their expert, Patrick Kerr;

3. That Defendants' counsel will pay all reasonable attorneys' fees and expenses associated with obtaining Defendants' compliance with Rule 26(a)(2) expert disclosures and answers to Plaintiffs' interrogatories regarding expert testimony;

4. That Plaintiffs shall submit to this Court, within 30 days of the date of this Order, an itemization of reasonable attorneys' fees and expenses associated with obtaining Defendants' compliance



with Rule 26(a)(2) expert disclosures and answers to Plaintiffs' interrogatories regarding expert testimony; and

    5. That the Clerk of the Court shall mail or transmit a copy of this Memorandum and Order to all counsel of record.

*[signature]*
William M. Nickerson
United States District Judge