IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| ALVIN SHERMAN, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN 97-4374 |
| MAYOR AND CITY COUNCIL OF BALTIMORE | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered Plaintiffs' Motion for Limited Extension of Discovery Deadline and any opposition thereto, it is, this 17th day of November, 1999, by the United States District Court for the District of Maryland hereby **ORDERED**:

1. That Plaintiffs' Motion is hereby **GRANTED**;

2. That Plaintiffs have until ninety (90) days from the date of this Order to depose the City's expert, Patrick Kerr, and to conduct any other necessary discovery related to Mr. Kerr's expert testimony; and

3. That the Clerk of the Court shall mail a transmitted copy of this Order to all counsel of record.

William N. Nickerson,
United States District Judge

