IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

ALVIN SHERMAN, et al.         *

      Plaintiffs              *

v.                            *   Civil Action No.: WMN 97-4374

MAYOR AND CITY COUNCIL        *
OF BALTIMORE
                              *
      Defendant
                              *

\* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND CONSENT ORDER

The parties in this matter hereby stipulate to a continuance of the pre-trial conference scheduled in this case for Wednesday, April 26, 2000 at 9:15 a.m. and the trial scheduled in this case for Monday, May 8, 2000 pending the completion of a contemplated settlement proposal.

_____  _____
Sandra R. Gutman                 Benjamin Rosenberg
Office of the City Solicitor     Timothy M. Boucher
101 City Hall                    ROSENBERG PROUTT FUNK & GREENBERG, LLP
100 N. Holliday Street           2115 AllFirst Building
Baltimore, Maryland 21202        25 S. Charles Street
                                 Baltimore, Maryland 21201
Attorneys for Defendant          (410) 727-6600

                                 Attorneys for Plaintiffs

APPROVED this 27th day of April, 2000

_____
William M. Nickerson, United States District Judge

#128862 v1 - Stipulation and Consent Order 2438.01