FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

2000 SEP -6  P 1: 50

CLERK'S OFFICE
AT BALTIMORE

BY_____ *__DEPUTY

ALVIN SHERMAN, et al.                              *

    Plaintiffs                                     *

v.                                                         *   Civil Action No.:  WMN 97-4374

MAYOR AND CITY COUNCIL                            *
OF BALTIMORE
                                                         *
    Defendant                                      *

*     *     *     *     *     *     *     *     *     *     *

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned matter hereby stipulate that this case is **DISMISSED**

**WITH PREJUDICE**.

Respectfully submitted,

Michael G. Raimondi, Esq.                  Benjamin Rosenberg
Office of the City Solicitor               Timothy M. Boucher
101 City Hall                              ROSENBERG PROUTT FUNK &
100 N. Holliday Street                     GREENBERG LLP
Baltimore, Maryland  21202                 2115 First Maryland Building
(410) 396-3297                             25 S. Charles Street
                                           Baltimore, MD  21201
Attorney for Defendants                    (410) 727-6600

                                           Attorneys for Plaintiffs

*APPROVED* " THIS 6th DAY
OF *September*  , 00

UNITED STATES DISTRICT JUDGE

#133164 v1 - Stipulation of Dismissal 2438.01